■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT McCALL, Appellant. [648 NYS2d 418] —Judgment unanimously affirmed. Memorandum: The contention of defendant that his sentence is unduly harsh or severe does not survive the voluntary, knowing and intelligent waiver of his right to appeal (*see, People v Allen*, 82 NY2d 761, 763; *People v Stewart*, 222 AD2d 1111, *lv denied* 87 NY2d 977). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Arson, 3rd Degree.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.